### 18783. FULLER *v.* WATKINS.

BLOODWORTH, J. 1. The court did not err in striking the "answer and plea, upon the ground that no legal defense to the suit is set forth in same."

2. The plea having been stricken and the petition being properly paragraphed, the allegations of the petition are to be taken as true; and, being thus taken, they required the verdict which the court directed.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED MAY 15, 1928.

*J. F. Kelley,* for plaintiff in error. *T. G. Dorough,* contra.